```
                                                    ┌──────────────────────────┐
                                                    │         FILED            │
          UNITED STATES DISTRICT COURT FOR THE      │    October 22, 2010      │
                                                    │  CLERK, US DISTRICT COURT│
             EASTERN DISTRICT OF CALIFORNIA         │   EASTERN DISTRICT OF    │
                                                    │       CALIFORNIA         │
                                                    │ ──────────────────────── │
                                                    │      DEPUTY CLERK        │
                                                    └──────────────────────────┘
```

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)　　　　Case No. 2:10CR00452-GEB-1
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　　ORDER FOR RELEASE OF
　　　　　　　　　　　　　　　　　　)　　　　PERSON IN CUSTODY
SAMUEL GREGORY LIEBMAN,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  SAMUEL GREGORY LIEBMAN , Case No.

 2:10CR00452-GEB-1  , Charge   18USC § 32(a)(5) and (a)(8)  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

　　　　__　　Release on Personal Recognizance

　　　　__　　Bail Posted in the Sum of $_____

　　　　　　__　　Unsecured Appearance Bond

　　　　　　__　　Appearance Bond with 10% Deposit

　　　　　　__　　Appearance Bond with Surety

　　　　　　__　　Corporate Surety Bail Bond

　　　　　　✔　　(Other)　　　Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 22, 2010  at  2:00 pm  .


　　　　　　　　　　　　By　 /s/ Dale A. Drozd
　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court