DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SAMUEL GREGORY LIEBMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-452 GEB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SAMUEL GREGORY LIEBMAN, | |
| Defendant. | |

This case is currently scheduled for a status hearing on January 14, 2011.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Friday, January 14, 2011, be continued until **Friday, March 4, 2011, at 9:00 a.m.**  In addition, the parties stipulate that the time period from January 14, 2011, through and including March 4, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 12, 2011

Respectfully submitted,

BENJAMIN B. WAGNER                      DANIEL J. BRODERICK
United States Attorney                  Federal Defender


 /s/ Lexi Negin for                       /s/ Lexi Negin
JEAN HOBLER                             LEXI NEGIN
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States              Attorney for Samuel Gregory Liebman

1

1

2                          IN THE UNITED STATES DISTRICT COURT

3                        FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,          )    CASE NO. CR-S-10-452 GEB
                                        )
6                   Plaintiff,          )
                                        )
7         v.                            )    PROPOSED ORDER CONTINUING STATUS
                                        )    HEARING AND EXCLUDING TIME
8    SAMUEL GREGORY LIEBMAN,            )    PURSUANT TO THE SPEEDY TRIAL ACT
                                        )
9                   Defendant.          )
                                        )
10   ───────────────────────────────────

11        For the reasons set forth in the stipulation of the parties, filed on January 12, 2011,  IT IS HEREBY

12   ORDERED that the status conference currently scheduled for January 14, 2011, be vacated and that the

13   case be set for **Friday, March 4, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served

14   by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

15   Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 12, 2011,

16   stipulation, the time under the Speedy Trial Act is excluded from January 14, 2011, through and including

17   March 4, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide

18   defense counsel with the reasonable time to prepare.

19   Dated:   January 12, 2011

20

21                                           _____
                                             GARLAND E. BURRELL, JR.
22                                           United States District Judge

23

24

25

26

27

28                                          2