DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SAMUEL GREGORY LIEBMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-452 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SAMUEL GREGORY LIEBMAN, | ) |
| Defendant. | ) |

    This case is currently scheduled for a status hearing on April 1, 2011. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Friday, April 1, 2011, be continued until **Friday, April 29, 2011, at 9:00 a.m.** In addition, the parties stipulate that the time period from April 1, 2011, through and including April 29, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 1, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>JEAN HOBLER<br>Assistant U.S. Attorney<br>Attorney for United States | */s/Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Samuel Gregory Liebman |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL GREGORY LIEBMAN,<br><br>    Defendant. | CASE NO. CR-S-10-452 GEB<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on April 1, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for April 1, 2011, be vacated and that the case be set for **Friday, April 29, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 1, 2011, stipulation, the time under the Speedy Trial Act is excluded from April 1, 2011, through and including April 29, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   April 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2