BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMUEL LIEBMAN<br><br>          Defendant. | CASE NO. 2:10-cr-00452-GEB<br><br>STIPULATION AND ORDER |

     The parties, by and through counsel, hereby stipulate as follows:

     1.   This case is currently set for jury trial beginning September 27, 2011 and estimated to last five days.

     2.   The parties are exploring the possibility of referring the case for pretrial diversion and a deferred prosecution agreement.

     3.   The Pretrial Services Office has informed the parties that it will take between two and four weeks to evaluate the referral and determine whether that office can accommodate the supervision that such a proposed agreement would entail.

     4.   In light of the above, the parties jointly request that the

1  Court vacate the jury trial scheduled for September 27, 2011, as well
2  as all remaining filing deadlines established at the trial
3  confirmation hearing.
4       5.  The parties request that the Court set this case for a
5  status hearing on October 21, 2011, and represent that they are
6  optimistic that they will be prepared to enter into a deferred
7  prosecution agreement at that hearing.
8       6.  The Court previously excluded time up to and including
9  September 27, 2011, under the Speedy Trial Act for the purposes of
10 defense preparation.  The parties stipulate that the period from the
11 date of this order through October 21, 2011, should be excluded under
12 the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and local code
13 T4, because the time will be used to prepare, respond to, and
14 finalize the details of the agreement.  The parties represent that
15 the ends of justice to be served by this continuance outweigh the
16 interest of the defendant and the public in a speedy trial.
17 **IT IS SO STIPULATED.**

18 BENJAMIN B. WAGNER                DANIEL J. BRODERICK
   United States Attorney            Federal Defender
19

20 /s/ Matthew G. Morris             /s/ (auth. by phone 9/15/11)
   By: MATTHEW G. MORRIS             By: LEXI NEGIN
21 Assistant U.S. Attorney           Assistant Federal Defender
                                     Attorney for Samuel Liebman
22
   **IT IS SO ORDERED.**
23
24 Dated:  September 18, 2011
25
                              _____
26                            GARLAND E. BURRELL, JR.
                              United States District Judge
27
28

                                  2