DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SAMUEL GREGORY LIEBMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL GREGORY LIEBMAN,<br><br>Defendant. | CASE NO. CR-S-10-452 GEB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date:   June 15, 2012<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Matthew Morris, Assistant U.S. Attorney, and defendant SAMUEL GREGORY LIEBMAN by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for Friday, April 27, 2012, be continued to Friday, June 15, 2012, at 9:00 a.m.

The reason for this continuance is because Mr. Liebman is presently on the Pretrial Services Diversion program, and is scheduled to complete the program on May 28, 2012.  If he successfully completes diversion, as anticipated, the government will move to dismiss the case.  The parties agree that an exclusion of speedy trial time is appropriate under 18 U.S.C. § 3161(h)(2) and Local Code I, for prosecution deferred by mutual agreement.

Therefore, it is further stipulated that the time period from the date of this stipulation, April 20, 2012, through and including the date of the new status conference hearing, June 15, 2012, shall be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.

§ 3161(h)(2) and Local Code I, for prosecution deferred by mutual agreement, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

     A proposed order is attached and lodged separately for the court's convenience.

DATED: April 20, 2012

     Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for United States | /s/Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAMUEL GREGORY LIEBMAN |

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL GREGORY LIEBMAN,<br><br>Defendant. | CASE NO. CR-S-10-452 GEB<br><br>**PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

For the reasons set forth in the stipulation of the parties, filed on April 20, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for April 27, 2012, be vacated and that the case be set for **Friday, June 15, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 20, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 20, 2012, through and including June 15, 2012, pursuant to 18 U.S.C. § 3161(h)(2) and Local Code I, for prosecution deferred by mutual agreement.

Dated: April 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1